```
TWO SISTERS' HOLDINGS, LLC      MCDADE'S MARKET # 1           STEVEN DOWD
P. O. BOX 16501                 904 E. FORTIFICATION          SUITE A
JACKSON, MS 39203-6000          JACKSON, MS 39202             629 LAKELAND EAST DR.
                                                              FLOWOOD, MS 39232


R. MICHAEL BOLEN MISS. BAR      MERCHANT'S FOODSERVICE        U S ATTORNEY/IRS
HOOD & BOLEN, PLLC              1100 EDWARDS STREET           SUITE 4.430
ATTORNEYS AT LAW                P. O. BOX 1351                501 EAST COURT ST.
3770 HIGHWAY 80 WEST            HATTIESBURG, MS 39403         JACKSON, MS 39201
JACKSON, MS 39209


CTBONLINE                       MISS. DOR                     U. S. FOODS
ORIGIN BANK                     P. O. BOX 22808               3939 UNDERWOOD DRIVE
1910 MAIN STREET                BANKRUPTCY SECTION            FLOWOOD, MS 39232
MADISON, MS 39110               JACKSON, MS 39225


HEMPHILL FOODSERVICE            ORIGIN BANK                   WILLIAM LEECH, ESQ.
295 INDUSTRIAL DR.              1910 MAIN STREET              600 CONCOURSE, STE 100
JACKSON, MS 39209               MADISON, MS 39110             1076 HIGHLAND COLONY
                                                              RIDGELAND, MS 39157


HINDS CO, TAX COLLECTO          ORIGIN BANK
P.O. BOX 1727                   203 PROMENADE BLVD.
JACKSON, MS 39205               FLOWOOD, MS 39232


IRS                             PAUL V. BREAZEALE, CPA
CENTRALIZED INSOLVENCY          SUITE 300, PLAZA BLDG.
P. O. BOX 7346                  120 NORTH CONGRESS ST.
PHILADELPHIA, PA 19101-7346     JACKSON, MS 39201


JOSEPH I. SUSSMAN, ESQ          PRINCIPIS CAPITAL, LLC
SUITE 205                       111 TOWN SQUARE
333 PEARSALL AVE.               JERSEY CITY, NJ 07310
CEDARHURST, NY 11516


MCDADE'S GROCERY                ROGER MCGEHEE, JR. ESQ
653 DULING                      ATTORNEY AT LAW
JACKSON, MS 39216               1755 LELIA DR, STE 303
                                JACKSON, MS 39216


MCDADE'S GROCERY                SHANNON COCKRELL
1220 E. NORTHSIDE               416 GEORGE STREET
JACKSON, MS 39211               JACKSON, MS 39202
```