Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Two Sisters' Holdings, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known): | 18-00728 |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ctbonline Origin Bank 1910 Main Street Madison, MS 39110 | | | | | | $0.00 |
| Hinds Co, Tax Collecto P.O. Box 1727 Jackson, MS 39205 | | | | | | $5,500.00 |
| IRS Centralized Insolvency P. O. Box 7346 Philadelphia, PA 19101-7346 | | | | | | Unknown |
| Joseph I. Sussman, Esq Suite 205 333 Pearsall Ave. Cedarhurst, NY 11516 | | | Contingent Unliquidated Disputed | | | $0.00 |
| McDade's Market # 1 904 E. Fortification Jackson, MS 39202 | | | | | | $0.00 |
| Miss. DOR P. O. Box 22808 Bankruptcy Section Jackson, MS 39225 | | | | | | Unknown |
| Origin Bank 1910 Main Street Madison, MS 39110 | | Building and lot located at 707 North Congress, Jackson, Mississippi 39202. | | $350,000.00 | Unknown | Unknown |

2/27/18  8:19PM

Debtor **Two Sisters' Holdings, LLC**
Name

Case number *(if known)* **18-00728**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Paul V. Breazeale, CPA** **Suite 300, Plaza Bldg.** **120 North Congress St.** **Jackson, MS 39201** | | | | | | **$0.00** |
| **Principis Capital, LLC** **111 Town Square** **Jersey City, NJ 07310** | | | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Steven Dowd** **Suite A** **629 Lakeland East Dr.** **Flowood, MS 39232** | | | | | | **$0.00** |
| **William Leech, Esq.** **600 Concourse, Ste 100** **1076 Highland Colony** **Ridgeland, MS 39157** | | | | **Unknown** | **Unknown** | **Unknown** |