2/27/18  8:25PM

# United States Bankruptcy Court
## Southern District of Mississippi

In re  **Two Sisters' Holdings, LLC**                                Case No.  **18-00728**
Debtor(s)                                                            Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Two Sisters' Holdings, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Debra A. Buchanan**
**P. O. Box 16501**
**Jackson, MS 39236**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 27, 2018** | **/s/ R. Michael Bolen Miss. Bar** |
| Date | **R. Michael Bolen Miss. Bar 3615** |
| | Signature of Attorney or Litigant |
| | Counsel for **Two Sisters' Holdings, LLC** |
| | **Hood & Bolen, PLLC** |
| | **Attorneys at Law** |
| | **3770 Highway 80 West** |
| | **Jackson, MS 39209** |
| | **(601)923-0788 Fax:hoodbolen.com** |
| | **rmb@hoodbolen.com** |