# TWO SISTERS' HOLDINGS, LLC, RESOLUTION

WHEREAS, Two Sisters' Holding, LLC, is a domestic limited liability company that was organized in the State of Mississippi on or about January 24, 2014, with a business ID number of 1035487;

WHEREAS, Two Sisters' Holding, LLC, remains a limited liability company in good standing in the State of Mississippi;

WHEREAS, Two Sisters' Holding, LLC, is in need of pursuing a Chapter 11 bankruptcy case;

WHEREAS, a special meeting of the members was duly called on the 26th day of February, 2018 for the purpose of deciding whether to seek protection under Chapter 11 of Title 11, United States Code;

WHEREAS, a quorum was present being Debra A. Buchanan, the sole member owning a 100% interest of Two Sisters' Holding, LLC, and voted to authorize the filing of a voluntary Chapter 11 petition for Two Sisters' Holding, LLC, in the Southern District of Mississippi;

WHEREAS, Debra A. Buchanan, as Manager of Two Sisters' Holding, LLC, should be and hereby is empowered and authorized to take all acts necessary to accomplish the filing of a voluntary Chapter 11 bankruptcy case in the Southern District of Mississippi and to serve as the representative with full decision making authority throughout the Chapter 11 case; and

WHEREAS, the law firm of Hood & Bolen, PLLC, 3770 Hwy. 80 West, Jackson, Mississippi 39209, should be and hereby is employed to represent Two Sisters' Holding, LLC, in the Chapter 11 bankruptcy case along with any other counsel deemed appropriate and Debra A. Buchanan is authorized to enter into an employment contract with law firm of Hood & Bolen, PLLC.

THEREFORE, BE IT RESOLVED, that Two Sisters' Holding, LLC, is authorized to file a voluntary Chapter 11 bankruptcy case in the Southern District of Mississippi; that Debra A. Buchanan, as Manager of Two Sisters' Holding, LLC, is empowered, authorized and directed to take all acts necessary to accomplish the filing of a Chapter 11 bankruptcy case and to serve as representative with full decision making authority throughout the Chapter 11 case; that the law firm of Hood & Bolen, PLLC is to be employed to represent Two Sisters' Holding, LLC, in the Chapter 11 bankruptcy case; and Debra Buchanan is authorized to enter into an employment contract with law firm of Hood & Bolen, PLLC.

WITNESS our signatures on behalf of Two Sisters' Holding, LLC, on this the 26th day of February, 2018.

_Debra A. Buchanan_
DEBRA A. BUCHANAN, SOLE MEMBER AND MANAGER OF TWO SISTERS' HOLDINGS, LLC

STATE OF MISSISSIPPI

COUNTY OF HINDS

PERSONALLY appeared before me, the undersigned authority for the State and County aforesaid, the within named, Debra A. Buchanan, Manager and Sole Member of Two Sisters' Holding, LLC, which is a single member LLC, who, being by me first duly sworn, acknowledged that she signed, sealed and delivered the foregoing resolution as the voluntary act and deed of Two Sisters' Holding, LLC, on the day and year therein mentioned being fully authorized to so do.

SWORN TO AND SUBSCRIBED before me on this the 26 day of February, 2018.

_____
NOTARY PUBLIC

My Commission Expires:

R. MICHAEL BOLEN
Commission Expires
March 24, 2019