|  |  |  |
|---|---|---|
| **DANNY L. MILLER**<br>**CLERK OF COURT**<br>(601) 608–4600 | **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF MISSISSIPPI**<br>**JACKSON, MISSISSIPPI 39225–2448** | **MAILING ADDRESS:**<br>**P. O. BOX 2448**<br>**STREET ADDRESS**:<br>2ND FLOOR, SUITE 2.300<br>501 EAST COURT STREET |

**Parties Noticed:**

TWO SISTERS' HOLDINGS, LLC, DEBTOR–IN–POSSESSION

R. MICHAEL BOLEN, ESQ., ATTORNEY FOR THE DEBTOR–IN–POSSESSION

CHRISTOPHER J. STEISKAL, ESQ., ASSISTANT U.S. TRUSTEE

SARAH BETH WILSON, ESQ., ATTORNEY FOR ORIGIN BANK, FORMERLY KNOWN AS COMMUNITY TRUST BANK

**In re:**   Two Sisters' Holdings, LLC

**Bankruptcy Case No.:**   18–00728–ee

**NOTICE OF TRIAL SETTING**

**YOU ARE HEREBY NOTIFIED** that there will be an evidentiary hearing in the above referenced case on **Monday, May 14, 2018** at **01:30 PM**, in the United States Courthouse, Bankruptcy Courtroom 4D, 501 East Court Street, Jackson, Mississippi on the following matters:

**(1) APPLICATION TO EMPLOY ATTORNEYS FILED BY R. MICHAEL BOLEN ON BEHALF OF TWO SISTERS' HOLDINGS (DKT.#15)**

**(2) ORIGIN BANK'S RESPONSE AND OBJECTION TO APPLICATION TO EMPLOY ATTORNEYS FILED BY THE DEBTOR (DKT.#29)**

**(3) UNITED STATES TRUSTEE'S OBJECTION TO THE DEBTOR'S APPLICATION TO EMPLOY ATTORNEYS FILED BY DAVID W. ASBACH, ACTING U.S. TRUSTEE FOR REGION 5 (DKT.#31)**

**YOU ARE FURTHER NOTIFIED** that this Trial will be electronically recorded by the Bankruptcy Court.

Dated: 4/24/18                                          Danny L. Miller, Clerk of Court
                                                        U.S. Bankruptcy Court
                                                        501 East Court Street, Suite 2.300
                                                        P.O. Box 2448
                                                        Jackson, MS 39225–2448
                                                        601–608–4600

hn003ee