___

**SO ORDERED,**

*Edward Ellington*

**Judge Edward Ellington**
**United States Bankruptcy Judge**
**Date Signed: June 12, 2018**

The Order of the Court is set forth below. The docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: TWO SISTERS' HOLDINGS, LLC                     CASE NO. 18-00728-ee

DEBTOR                                                                   CHAPTER 11

### AGREED ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS BANKRUPTCY CASE [DKT. # 32]

**THIS MATTER** came before the Court on the *United States Trustee's Motion to Convert or Dismiss* (Dkt. # 32, the "Motion") filed in the above-referenced Chapter 11 bankruptcy case (the "Bankruptcy Case") by David W. Asbach, Acting United States Trustee for Region 5 ("UST"), pursuant to 11 U.S.C. § 1112(b) and Fed. R. Bankr. P. 1017, and the *Response and Objection* thereto (Dkt. # 39) filed by Debtor Two Sisters' Holdings, LLC. The Court, being fully advised in the premises and being advised that the parties agree as to the matters set forth herein, hereby finds that the Motion is well taken and should be granted as set forth herein.

1

2

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that dismissal of the Bankruptcy Case pursuant to 11 U.S.C. § 1112(b) is proper and in the best interests of creditors and the estate.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the UST's Motion is granted, and that the Bankruptcy Case shall be, and it hereby is, dismissed.

*##END OF ORDER##*

SUBMITTED TO THE COURT AND AGREED TO AND APPROVED FOR ENTRY BY:

/s/ Sarah Beth Wilson
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
Copeland, Cook, Taylor & Bush, P.A.
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
*Attorneys for Origin Bank*


AGREED TO AND APPROVED FOR ENTRY BY:

/s/Christopher J. Steiskal, Sr.
Christopher J. Steiskal, Sr.
United States Department of Justice
Office the United States Trustee, Region 5
501 East Court Street, Suite 6-430
Jackson, MS 39201
(601) 965-5241
christopher.j.steiskal@usdoj.gov
*Attorney for United States Trustee*

3

<u>/s/ R. Michael Bolen</u>
R. Michael Bolen
Hood & Bolen, PLLC
Attorneys at Law
3770 Hwy. 80 West
Jackson, MS 39209
(601) 923-0788
rmb@hoodbolen.com
*Attorney for Debtor*